A CERTIFIED TRUE COPY

NOV - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -9  AM II: 09

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-69)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,677 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

NOV 13 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

# SCHEDULE CTO-69 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
## LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 1 06-849~~ | ~~Donna Harrell, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/30/06 | |
| ALM 1 06-876 | Connie Singletary v. Merck & Co., Inc. | 06-9691 |
| ALM 2 06-865 | Lille B. Vickers v. Merck & Co., Inc. | 06-9692 |
| **ALABAMA NORTHERN** | | |
| ALN 2 06-1878 | Patricia Blodgett, et al. v. Merck & Co., Inc. | 06-9693 |
| ALN 2 06-1934 | Larry W. Hill, Sr., et al. v. Merck & Co., Inc. | 06-9694 |
| ALN 2 06-1935 | Juanita M. Rutherford v. Merck & Co., Inc. | 06-9695 |
| ALN 2 06-1937 | Joan C. Addy v. Merck & Co., Inc. | 06-9696 |
| ALN 2 06-1938 | Paul G. Batz, et al. v. Merck & Co., Inc. | 06-9697 |
| ALN 2 06-1942 | Marlin King v. Merck & Co., Inc. | 06-9698 |
| ALN 2 06-1953 | Rose Ellen Stewart v. Merck & Co., Inc. | 06-9699 |
| ALN 2 06-1954 | Billy G. Smith, Jr. v. Merck & Co., Inc. | 06-9700 |
| ALN 2 06-1966 | Robert Brady, et al. v. Merck & Co., Inc. | 06-9701 |
| ALN 3 06-1940 | Donald G. Sharp, et al. v. Merck & Co., Inc. | 06-9702 |
| **ALABAMA SOUTHERN** | | |
| ALS 1 06-593 | Roy E. Faircloth, Sr. v. Merck & Co., Inc. | 06-9703 |
| ALS 1 06-594 | Joy Donald v. Merck & Co., Inc. | 06-9704 |
| **ARKANSAS EASTERN** | | |
| ARE 4 06-1319 | Dorothy White v. Merck & Co., Inc. | 06-9705 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6143 | Gouthami Mandava v. Merck & Co., Inc. | 06-9706 |
| CAC 2 06-6198 | Carmen Hill v. Merck & Co., Inc. | 06-9707 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 06-2079~~ | ~~Freeman Herring v. Merck & Co., Inc., et al.~~ Opposed 11/8/06 | |
| CAE 2 06-2093 | James E. Chase, et al. v. Merck & Co., Inc. | 06-9708 |
| CAE 2 06-2102 | Stanley Timone v. Merck & Co., Inc. | 06-9709 |
| CAE 2 06-2103 | Mabel Williamson, et al. v. Merck & Co., Inc. | 06-9710 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-5760 | Douglas J. Trammell, et al. v. Merck & Co., Inc. | 06-9711 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 06-1659 | Charles E. Godfrey, et al. v. Merck & Co., Inc. | 06-9712 |
| **FLORIDA MIDDLE** | | |
| FLM 5 06-337 | Richard Wolf v. Merck & Co., Inc. | 06-9713 |
| FLM 5 06-355 | Chris Richardson v. Merck & Co., Inc., et al. | 06-9714 |
| FLM 8 06-1785 | Jean Little, et al. v. Merck & Co., Inc. | 06-9715 |
| **GEORGIA MIDDLE** | | |
| GAM 4 06-112 | Peggy Brooks v. Merck & Co., Inc. | 06-9716 |
| GAM 5 06-343 | Tommie Felton v. Merck & Co., Inc. | 06-9717 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN 1 06-2223 | William Robert Holley v. Merck & Co., Inc. | 06-9718 |
| GAN 1 06-2224 | Willie Lee Sherod, etc. v. Merck & Co., Inc. | 06-9719 |
| GAN 1 06-2225 | Patrick Corcoran v. Merck & Co., Inc. | 06-9720 |
| GAN 1 06-2321 | Virginia R. Burr, et al. v. Merck & Co., Inc. | 06-9721 |
| GAN 3 06-92 | Wanda Beth Campbell v. Merck & Co., Inc. | 06-9722 |
| **HAWAII** | | |
| HI 1 06-504 | Carlos Keen, et al. v. Merck & Co., Inc. | 06-9723 |
| HI 1 06-505 | Anthony Maldonado, et al. v. Merck & Co., Inc. | 06-9724 |
| HI 1 06-506 | Joseph D. Barona v. Merck & Co., Inc. | 06-9725 |
| HI 1 06-507 | Adriadna Mitchell v. Merck & Co., Inc. | 06-9726 |
| HI 1 06-508 | Mark Johnasen, et al. v. Merck & Co., Inc. | 06-9727 |
| HI 1 06-509 | Robert Okawa, et al. v. Merck & Co., Inc. | 06-9728 |
| HI 1 06-521 | Pedro U. Magno, Sr., et al. v. Merck & Co., Inc. | 06-9729 |
| **IDAHO** | | |
| ID 2 06-389 | Vicky Tibbetts v. Merck & Co., Inc. | 06-9730 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-5050 | Maya Yarovinsky v. Merck & Co., Inc. | 06-9731 |
| ILN 1 06-5134 | Diana Stockwell, etc. v. Merck & Co., Inc. | 06-9732 |
| ILN 1 06-5234 | Richard Volkman v. Merck & Co., Inc. | 06-9733 |
| ILN 1 06-5300 | Genwefa Wrobel v. Surender Lal, M.D., et al. | 06-9734 |
| ILN 1 06-5301 | Nello Vittorini v. William Monaco, M.D., et al. | 06-9735 |
| ILN 1 06-5302 | Mark Fiebig v. Merck & Co., Inc. | 06-9736 |
| ILN 1 06-5304 | Sandra Catuara, et al. v. Merck & Co., Inc. | 06-9737 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-737 | Charles F. Stalnaker, et al. v. Merck & Co., Inc. | 06-9738 |
| ILS 3 06-745 | Richard Klene, etc. Merck & Co., Inc., et al. | 06-9739 |
| **INDIANA NORTHERN** | | |
| INN 3 06-579 | Deeb Azar, et al. v. Merck & Co., Inc. | 06-9740 |
| **KANSAS** | | |
| KS 2 06-2420 | Adam Susz, etc. v. Merck & Co., Inc. | 06-9741 |
| KS 5 06-4109 | John Beers v. Merck & Co., Inc. | 06-9742 |
| **MASSACHUSETTS** | | |
| MA 1 06-11667 | Eldridge Bernard, et al. v. Merck & Co., Inc. | 06-9743 |
| **MINNESOTA** | | |
| MN 0 06-3794 | Nancy Ernst v. Merck & Co., Inc. | 06-9744 |
| MN 0 06-3809 | Kathlin Johnson, et al. v. Merck & Co., Inc. | 06-9745 |
| MN 0 06-3842 | Ernestene Burkett v. Merck & Co., Inc. | 06-9746 |
| MN 0 06-3843 | William C. Malloy v. Merck & Co., Inc. | 06-9747 |
| MN 0 06-3854 | Shirley McPherson v. Merck & Co., Inc. | 06-9748 |
| MN 0 06-3874 | Alan Foote v. Merck & Co., Inc. | 06-9749 |
| MN 0 06-3875 | David Lindsay, Sr., et al. v. Merck & Co., Inc. | 06-9750 |
| MN 0 06-3902 | Marnie Andolina, et al. v. Merck & Co., Inc., et al. | 06-9751 |
| MN 0 06-3903 | Joanne A. Carrigan, et al. v Merck & Co., Inc., et al. | 06-9752 |
| MN 0 06-3904 | Charles Cox, et al. v. Merck & Co., Inc., et al. | 06-9753 |
| MN 0 06-3905 | Samuel G. Barone, et al. v. Merck & Co., Inc., et al. | 06-9754 |
| MN 0 06-3909 | Mary D'Angelo, et al. v. Merck & Co., Inc., et al. | 06-9755 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-1347 | Shoena Clayton, et al. v. Merck & Co., Inc. | 06-9756 |
| ~~MOE 4 06-1372~~ | ~~Forrest Lincoln, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/06 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MISSOURI WESTERN** | | |
| MOW 4 06-818 | Jo Levitt v. Merck & Co., Inc. | 06-9757 |
| **MISSISSIPPI NORTHERN** | | |
| ~~MSN 1 06-265~~ | ~~Michael A. Collier v. Merck & Co., Inc., et al.~~ Opposed 11/8/06 | |
| MSN 2 06-157 | Charlotte Lafayette, etc. v. Merck & Co., Inc. | 06-9758 |
| MSN 4 06-155 | Emma Lee Bass v. Merck & Co., Inc. | 06-9759 |
| MSN 4 06-156 | Mary S. Grant v. Merck & Co., Inc. | 06-9760 |
| MSN 4 06-157 | Estate of Cynthia Houston v. Merck & Co., Inc. | 06-9761 |
| MSN 4 06-158 | Estate of Lillie M. King v. Merck & Co., Inc. | 06-9762 |
| MSN 4 06-159 | Estate of Hattie Spain v. Merck & Co., Inc. | 06-9763 |
| MSN 4 06-160 | Reases Pittman v. Merck & Co., Inc. | 06-9764 |
| MSN 4 06-161 | Estate of Mary Frances Sheedy v. Merck & Co., Inc. | 06-9765 |
| MSN 4 06-162 | Bessie McIntosh v. Merck & Co., Inc. | 06-9766 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 06-528 | Jessie T. Mathes, Jr., et al. v. Merck & Co., Inc. | 06-9767 |
| MSS 3 06-529 | Arthur Camphor, et al. v. Merck & Co., Inc. | 06-9768 |
| MSS 3 06-530 | Frank L. Smith, et al. v. Merck & Co., Inc. | 06-9769 |
| **NEBRASKA** | | |
| NE 4 06-3219 | Billy B. Kehlbeck, et al. v. Merck & Co., Inc. | 06-9770 |
| NE 8 06-611 | Patrick J. John v. Merck & Co., Inc. | 06-9771 |
| NE 8 06-612 | Samual J. Johnson v. Merck & Co., Inc. | 06-9772 |
| NE 8 06-613 | Alfred J. Kortum v. Merck & Co., Inc. | 06-9773 |
| NE 8 06-614 | Stephen Krupa v. Merck & Co., Inc. | 06-9774 |
| NE 8 06-615 | Patrick Vaughn v. Merck & Co., Inc. | 06-9775 |
| NE 8 06-616 | Violet D. Hileman v. Merck & Co., Inc. | 06-9776 |
| NE 8 06-617 | Don Sutton, etc. v. Merck & Co., Inc. | 06-9777 |
| NE 8 06-618 | Ronald Evelyn v. Merck & Co., Inc. | 06-9778 |
| NE 8 06-619 | Virgil Freeman v. Merck & Co., Inc. | 06-9779 |
| NE 8 06-620 | David Schneider v. Merck & Co., Inc. | 06-9780 |
| NE 8 06-621 | Edward Bass v. Merck & Co., Inc. | 06-9781 |
| NE 8 06-622 | Ethel A. Barmes v. Merck & Co., Inc. | 06-9782 |
| NE 8 06-623 | Joseph John Toczek v. Merck & Co., Inc. | 06-9783 |
| NE 8 06-627 | Hazel Sutton, etc. v. Merck & Co., Inc. | 06-9784 |
| NE 8 06-628 | Robin J. Martinez v. Merck & Co., Inc. | 06-9785 |
| NE 8 06-629 | Thomas B. Mullen v. Merck & Co., Inc. | 06-9786 |
| **NEW JERSEY** | | |
| NJ 3 06-4415 | Steve Heusted, et al. v. Merck & Co., Inc. | 06-9787 |
| **NEVADA** | | |
| NV 2 06-1215 | Albin Knudson v. Merck & Co., Inc. | 06-9788 |
| NV 2 06-1216 | Julia C. Mortell, et al. v. Merck & Co., Inc. | 06-9789 |
| NV 2 06-1217 | Arthur L. Sher v. Merck & Co., Inc. | 06-9790 |
| NV 3 06-495 | Lee Johnson, et al. v. Merck & Co., Inc. | 06-9791 |
| **OHIO NORTHERN** | | |
| OHN 1 06-2193 | Vincent S. Zingale, Sr. v. Merck & Co., Inc. | 06-9792 |
| OHN 1 06-2236 | Ruby Cowan, et al. v. Merck & Co., Inc. | 06-9793 |
| OHN 1 06-2237 | Ben Bisaroe v. Merck & Co., Inc. | 06-9794 |
| OHN 1 06-2238 | Louis Horvath, et al. v. Merck & Co., Inc. | 06-9795 |
| OHN 1 06-2239 | Robert Neal v. Merck & Co., Inc. | 06-9796 |
| OHN 1 06-2241 | James Slumber, et al. v. Merck & Co., Inc. | 06-9797 |
| OHN 3 06-2180 | Leitha J. Loppe v. Merck & Co., Inc. | 06-9798 |
| OHN 3 06-2221 | Walter Scoble, et al. v. Merck & Co., Inc. | 06-9799 |
| OHN 3 06-2235 | Welston Nickelson, etc. v. Merck & Co., Inc. | 06-9800 |
| OHN 4 06-2240 | Linda Thornton v. Merck & Co., Inc. | 06-9801 |

|  |  | EDLA |
| --- | --- | --- |
| DIST. DIV. C.A. # | CASE CAPTION | SEC. L/3 |

**OHIO SOUTHERN**

| OHS   2   06-774 | Marie Moore v. Merck & Co., Inc. | 06-9802 |

**OKLAHOMA EASTERN**

| OKE   6   06-374 | Homer Jones v. Merck/Vioxx Corp. | 06-9803 |
| OKE   6   06-386 | Howard Hess, etc. v. Merck & Co., Inc. | 06-9804 |

**OKLAHOMA NORTHERN**

| OKN   4   06-490 | Charles Tuttle v. Merck & Co., Inc. | 06-9805 |

**OKLAHOMA WESTERN**

| OKW 5   06-1004 | Deeann Marie Taylor, etc. v. Merck & Co., Inc. | 06-9806 |

**PENNSYLVANIA EASTERN**

| PAE   2   06-3872 | Lucille Paul, et al. v. Merck & Co., Inc., et al. | 06-9807 |
| PAE   2   06-4137 | Barbara E. Wolfe, etc. v. Merck & Co., Inc. | 06-9808 |
| PAE   2   06-4138 | John C. Slembarski, et al. v. Merck & Co., Inc. | 06-9809 |
| PAE   2   06-4139 | Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc. | 06-9810 |
| PAE   2   06-4140 | Edwin C. Hench, et al. v. Merck & Co., Inc. | 06-9811 |
| PAE   2   06-4141 | Kathy Gibson, etc. v. Merck & Co., Inc. | 06-9812 |
| PAE   2   06-4142 | Nancy Scott, et al. v. Merck & Co., Inc. | 06-9813 |
| PAE   2   06-4143 | Marilyn J. Osiecki, et al. v. Merck & Co., Inc. | 06-9814 |
| PAE   2   06-4144 | Pedro Gonzales, Jr., et al. v. Merck & Co., Inc. | 06-9815 |

**PENNSYLVANIA WESTERN**

| PAW   2   06-1197 | Richard Craska v. Merck & Co., Inc. | 06-9816 |
| PAW   2   06-1246 | Rebecca Catherine Kovach, et al. v. Merck & Co., Inc. | 06-9817 |

**SOUTH DAKOTA**

| SD     5   06-5073 | Ronald Luers Soelzer v. Merck & Co., Inc. | 06-9818 |

**TEXAS EASTERN**

| TXE   2   06-377 | Shirley Crager, et al. v. Merck & Co., Inc. | 06-9819 |
| TXE   2   06-378 | E.L. Brady, Sr. et al. v. Merck & Co., Inc. | 06-9820 |
| TXE   2   06-379 | Joyce Arnold, et al. v. Merck & Co., Inc. | 06-9821 |
| TXE   2   06-380 | Glenda Grimes, et al. v. Merck & Co., Inc. | 06-9822 |

**TEXAS NORTHERN**

| TXN   2   06-246 | Sheila Dorman v. Merck & Co., Inc. | 06-9823 |
| TXN   3   06-1703 | Nicklett Knight v. Merck & Co., Inc. | 06-9824 |

**TEXAS SOUTHERN**

| ~~TXS   2   06-404~~ | ~~Delia Cantu, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 | |
| ~~TXS   7   06-253~~ | ~~Noemi Guzman Mata v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 | |
| ~~TXS   7   06-255~~ | ~~Maria Dolores Herrera, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 | |

**TEXAS WESTERN**

| ~~TXW   5   06-785~~ | ~~Richard Rodriguez, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 | |

**UTAH**

| UT     2   06-761 | Francis Luton, et al. v. Merck & Co., Inc. | 06-9825 |

**VIRGINIA EASTERN**

| VAE   1   06-1036 | Jane Fitzgerald, etc. v. Merck & Co., Inc. | 06-9826 |